■ KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C., Appellant, v CINDY ANN AYROVAINEN, Also Known as CINDY ANN LAUDER, Respondent. [997 NYS2d 479]—In an action to recover unpaid legal fees, the plaintiff appeals, by permission, from so much of an order of the Supreme Court, Rockland County (Walsh II, J.), dated January 9, 2014, as, sua sponte, disqualified attorney Barry Kantrowitz from representing the plaintiff in this action.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly disqualified attorney Barry Kantrowitz from representing the plaintiff in this action, for the reasons stated in a companion appeal (*see Lauder v Goldhamer*, 122 AD3d 908 [2014] [decided herewith]). Further, it was a proper exercise of discretion for the Supreme Court to disqualify Kantrowitz, sua sponte, based upon its finding in the related action involving the same parties (*see Flushing Sav. Bank v FSB Props.*, 105 AD2d 829, 830 [1984]). Skelos, J.P., Dickerson, Chambers and Sgroi, JJ., concur.